UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
:
UNITED STATES OF AMERICA             :
:          WAIVER OF INDICTMENT
          - v. -                     :
:          S1 22 Cr. 673 (RA)
ZIXIAO (GARY) WANG,                  :
:
          Defendant.                 :
:
------------------------------------------------- x

The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1343, 1349; Title 7, United States Code, Sections 9(1) and 13(a)(5); Title 17, Code of Federal Regulations, Section 180.1; Title 15, United States Code, Sections 78j(b) and 78ff; and Title 17, Code of Federal Regulations, Section 240.10b-5, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
ZIXIAO (GARY) WANG
Defendant

_____
Witness

_____
Ilan Graff, Esq.
Counsel for Defendant

Date:   New York, New York
        December 19, 2022