# EXHIBIT 1




**Sam Bankman-Fried**

Member of **Stripe Issue - FTX Internal**, **Senator Toomey**, and 8 additional groups

Hey

I know it's been a while since we've talked.  And I know things have ended up on the wrong foot.

I would really love to reconnect and see if there's a way for us to have a constructive relationship, use each other as resources when possible, or at least vet things with each other.

I'd love to get on a phone call sometime soon and chat.

Sam                                                                 54m

7:44

# Reconnecting  Inbox

**Sam Bankman-Fried**  6:50 AM
to me

Hey

I know it's been a while since we've talked.  And I know things have ended up on the wrong foot.

I would really love to reconnect and see if there's a way for us to have a constructive relationship, use each other as resources when possible, or at least vet things with each other.

I'd love to get on a phone call sometime soon and chat.