UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
UNITED STATES OF AMERICA,

        -against-

        22-cr-0673 (LAK)

SAMUEL BANKMAN-FRIED, et al.,

        Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In view of the February 16, 2023 hearing before the undersigned, and on consent of the parties, the Court extends the February 1, 2023 Order (Dkt 58), as amended by the February 14, 2023 Order (Dkt 68), until 11:59 p.m. on March 3, 2023.

        SO ORDERED.

Dated:      February 23, 2023

                                                                    Lewis A. Kaplan
                                                      United States District Judge