

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 12, 2024

**By ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:    *United States v. Samuel Bankman-Fried,* S6 22 Cr. 673 (LAK)

Dear Judge Kaplan:

On July 26, 2024, the Court ordered that the applicable deadline for any petitions from the entities listed below be extended to September 13, 2024. Dkt. No. 464.

- House Majority PAC
- Senate Majority PAC
- FF PAC
- FF USA Action
- Emily's List/Women Vote (Women Vote!)
- GMI PAC

The Government is continuing to discuss with these parties the forfeitability of funds these entities received from the defendant and his co-conspirators. Therefore, the Government requests that the applicable deadline for third-party petitions for these parties be extended until November 1, 2024.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:    /s    Thane Rehn
Danielle R. Sassoon
Nicolas Roos
Danielle Kudla
Thane Rehn
Assistant United States Attorneys
(212) 637-2354

SO ORDERED *Granted*

LEWIS A. KAPLAN, USDJ
9/12/24