

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Direct Line: +1.212.859.8931
Email: ilan.graff@friedfrank.com
November 18, 2024

**BY ECF**

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
Courtroom 21B
500 Pearl Street
New York, NY 10007-1312

Re:   **United States v. Gary Wang, 22 Cr. 673 (LAK)**

Dear Judge Kaplan:

The undersigned respectfully submits an additional sentencing letter for Gary Wang in advance of his sentencing hearing, scheduled for Wednesday, November 20, 2024 at 10:00 am. The attached letter is from Adam Jin, a former FTX employee.

Respectfully,

Ilan Graff