UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- against –<br><br>ZIXIAO "GARY" WANG,<br><br>                              Defendant. | 1:22-cr-00673-RA<br><br>NOTICE OF MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF COUNSEL PURSUANT TO LOCAL CIVIL RULE 1.4 |

PLEASE TAKE NOTICE that in accordance with Local Civil Rule 1.4, Ilan T. Graff respectfully moves the Court for an order permitting the withdrawal of Alex B. Miller as counsel of record for Defendant Zixiao "Gary" Wang in the above-captioned action.

As of August 30, 2025, Alex B. Miller is no longer associated with the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP and has just begun working as a clerk for a United States District Judge. While my firm's client, Zixiao "Gary" Wang, was terminated on November 25, 2024, we have been advised by the Court's ECF Help Desk that the only way to remove Mr. Miller' name and Fried Frank email address from this and related cases is to obtain an order granting him leave to withdraw.

Dated: New York, New York
       September 16, 2025

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:      /s/ Ilan T. Graff
             Ilan T. Graff

One New York Plaza
New York, New York 10004-1980
(212) 859-8000
ilan.graff@friedfrank.com

Attorneys for Defendant
 Zixiao "Gary" Wang

2042829.1